**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

STATE FARM FIRE AND CASUALTY
COMPANY AS SUBROGEE OF/AND
JANA K. BEAN

CIVIL ACTION

VERSUS

NO. 08-606-FJP-DLD

SIEMENS ENERGY & AUTOMATION,
INC.

**RULING ON MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on the motion for summary judgment by Siemens Energy & Automation, Inc.[1]  Plaintiffs have filed an opposition to this motion.[2]  The Court has reviewed all briefs and exhibits submitted by the parties and finds that genuine issues of material fact are in dispute regarding who manufactured the allegedly faulty service panel at issue.  As such, granting summary judgment at this time is not proper under the law and facts of this case.

Therefore, defendant's motion for summary judgment is denied.

IT IS SO ORDERED.

Baton Rouge, Louisiana, July 21, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　FRANK J. POLOZOLA
　　　　　　　　　　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 14.

[2] Rec. Doc. No. 19.

Doc#46233